**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| **CHESTER WILSON,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Case No. 6:21-cv-217** |
| ) | |
| **SMA HEALTHCARE, INC.** ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

**DEFENDANT'S NOTICE OF REMOVAL**

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant SMA HEALTHCARE, INC., (hereinafter "Defendant"), removes this action from the Circuit Court for the Seventh Judicial Circuit, in and for Volusia County, Florida to the United States District Court for the Middle District of Florida, Orlando Division.  As grounds for removal and for no other purpose, Defendant states:

1.     On or about December 2, 2020, Plaintiff CHESTER WILSON ("Plaintiff") commenced an action in the Circuit Court for the Seventh Judicial Circuit, in and for Volusia County, Florida, captioned *CHESTER WILSON v SMA HEALTHCARE, INC.,* Case No. 2020-31577-CICI (the "State Court Action").

2.     Defendant was served with the Summons and Complaint in the State Court Action on January 12, 2021.

3.     Defendant is filing this Notice of Removal within thirty (30) days after service of the Summons and Complaint.  The date on or before which Defendant is required by law to remove this action is February 11, 2021.  Therefore, this Notice of Removal is timely filed under the provisions of 28 U.S.C. § 1446(b).

FP 39652252.1

4.      The Circuit Court for the Seventh Judicial Circuit, in and for Volusia County, Florida is located within the Middle District of Florida.  Local Rule 1.02(b)(4).  Thus, venue is proper in this Court because it is the "district and division embracing the place where such [state court] action is pending."  28 U.S.C. §1441(a).

5.      In accordance with 28 U.S.C. §1446(a) and Local Rule 4.02(b), a copy of the entire court file in the State Court Action, including all pleadings and papers that have been filed and served on Defendant in the State Court Action, is attached to this Notice as Exhibit A.  Plaintiff has not served upon Defendant any other process, pleadings, or orders.

6.      Promptly upon filing this Notice of Removal, Defendant will give written notice to Plaintiff's counsel and will file a copy of this Notice of Removal with the Circuit Court for the Seventh Judicial Circuit in and for Volusia County, Florida, as required by 28 U.S.C. §1446(d).  Attached to this Notice as Exhibit B is a copy of the Notice of Defendant's Notice of Removal to Federal Court which is being filed in the Circuit Court for the Seventh Judicial Circuit in and for Volusia County, Florida.

**This Court Has Original Federal Question Jurisdiction**
**Over Plaintiff's Complaint**

7.      This Court has original jurisdiction over Plaintiff's Complaint because it alleges a violation of race discrimination under the Civil Rights Act, 42 U.S.C. § 1981, *et seq*.  Pursuant to 29 U.S.C. § 1441(a), "[A]ny civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the Defendant or the Defendants, to the district court of the United States for the district and division embracing the place where such action is pending."

WHEREFORE, Defendant hereby gives notice pursuant to 28 U.S.C. § 1446 of the removal of this action from the Circuit Court for the Seventh Judicial Circuit in and for Volusia County,

FP 39652252.1

Florida, to the United States District Court for the Middle District of Florida, Orlando Division,

and request that all further proceedings be conducted in this Court as provided by law.


Date: February 1, 2021.                      **FISHER & PHILLIPS, LLP**

                                             **/s/Brett P. Owens, Esq_____**
                                             Andrew Froman, Esq.
                                             Florida Bar No.: 019429
                                             afroman@fisherphillips.com
                                             Brett P. Owens, Esq.
                                             Florida Bar No.: 0112677
                                             bowens@fisherphillips.com
                                             FISHER & PHILLIPS LLP
                                             101 E. Kennedy Blvd., Suite 2350
                                             Tampa, FL 33602
                                             Telephone: (813) 769-7500
                                             Facsimile: (813) 769-7501

                                             *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on February 1, 2021 I electronically filed the foregoing with the Clerk

of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on

all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or via

electronic mail.

Reshad D. Favors
1875 Connecticut Ave., 10th Floor
Washington, DC 20006
reshad@bsflegal.com


                                             **/s/Brett P. Owens____**
                                             Attorney

FP 39652252.1